FLORENCE FLEMING ET AL., APPELLANTS, v. ROY McATEER, RESPONDENT.

Submitted May 29, 1942—Decided September 18, 1942.

For the appellants, *Elwood C. Weeks.*

For the respondent, *Joseph B. Kauffman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, DONGES, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.